| Fill in this information to identify your case: | |
|---|---|

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (If known): _____

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**AUG 21 2018**

JEFFREY P. ALLSTEADT, CLERK

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Steven   A Fisher
First name | Tracy L Fisher
First name |
| | | A
Middle name | L
Middle name |
| | Bring your picture identification to your meeting with the trustee. | Fisher
Last name | Fisher
Last name |
| | | _____
Suffix (Sr., Jr., II, III) | _____
Suffix (Sr., Jr., II, III) |

| | | | |
|---|---|---|---|
| 2. | **All other names you have used in the last 8 years**

Include your married or maiden names. | _____
First name

_____
Middle name

_____
Last name

_____
First name

_____
Middle name

_____
Last name | _____
First name

_____
Middle name

_____
Last name

_____
First name

_____
Middle name

_____
Last name |

| | | | |
|---|---|---|---|
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 9 5 0 7
OR
9 xx – xx – ___ ___ ___ | xxx – xx – 1 2 5 8
OR
9 xx – xx – ___ ___ ___ |

Debtor 1 _Steve A. Fisher_
　　　　First Name　　Middle Name　　　　Last Name

Case number *(if known)*_____

---

**About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):**

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☑ I have not used any business names or EINs.

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

About Debtor 2 (Spouse Only in a Joint Case):

☑ I have not used any business names or EINs.

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

---

**5. Where you live**

3786　Sage　Dr
Number　Street

Rockford　　　　FL　6114
City　　　　　　State　ZIP Code

Winnebago
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number　Street _____

P.O. Box _____

City　　　　　　State　ZIP Code

**If Debtor 2 lives at a different address:**

Number　Street _____

City　　　　　　State　ZIP Code

County _____

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number　Street _____

P.O. Box _____

City　　　　　　State　ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

---

Debtor 1  *Steve A Fisher*

First Name      Middle Name      Last Name

Case number *(if known)*_____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---------|-------------------------------------------|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☒ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No
☐ Yes.  District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.  Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known_____
MM / DD / YYYY

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known_____
MM / DD / YYYY

**11. Do you rent your residence?**

☐ No.  Go to line 12.
☒ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Official Form 101         Voluntary Petition for Individuals Filing for Bankruptcy         page 3

Debtor 1    _Steve A Fisher_____    Case number (if known)_____
First Name    Middle Name    Last Name

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City    State    ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a small business debtor?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

☑ No

☐ Yes.    What is the hazard?    _____

_____

If immediate attention is needed, why is it needed?    _____

_____

Where is the property?    _____
Number    Street

_____

_____
City    State    ZIP Code

Debtor 1    Steve A. Fisher    Case number (if known)_____

First Name    Middle Name    Last Name

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☑ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  _Steve A Fisher_____   Case number (if known)_____
    First Name   Middle Name    Last Name

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☑ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☑ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Steve Fisher_____   ✗ _Tracy Fisher_____
Signature of Debtor 1   Signature of Debtor 2

Executed on _8/16/2018_   Executed on _8/16/2018_
    MM / DD / YYYY       MM / DD / YYYY

Debtor 1  *Steve A. Fisher*

First Name   Middle Name   Last Name

Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**✗** _____      Date  _____

Signature of Attorney for Debtor                                    MM  /  DD / YYYY

_____

Printed name

_____

Firm name

_____

Number    Street

_____

_____

City                                    State      ZIP Code

Contact phone _____      Email address _____

_____

Bar number                              State

Debtor 1 _Steve A. Fisher_
First Name   Middle Name   Last Name

Case number (if known)_____

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

**✗** _Steve A Fisher_
Signature of Debtor 1

**✗** _Tracey Fisher_
Signature of Debtor 2

Date _8/16/2018_
MM / DD /YYYY

Date _8/16/2018_
MM / DD /YYYY

Contact phone _(815) 543-1147_

Contact phone _(815) 543-4190_

Cell phone _(815) 543-1147_

Cell phone _(815) 543-4190_

Email address _Camarokidd1221@aol.com_

Email address _Avalanchegirl0203@yahoo.com_

The reason I have not
Done credit counseling is
because of Funding


Steve Fisher

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:                                    )
                                          )
                                          )
                                          )        Case No.
             Debtor (s)                   )
                                          )        Chapter
                                          )
                                          )

## List of Creditors

| | |
|---|---|
| Carlotta Chiropractic<br>4921 E. State St.<br>Rockford, IL 61108<br>Acct 12151 | |
| | |
| | |
| | |
| | |

Lighthouse Casualty Company
Policy
4245 N. Knox
Chicago, IL 60641
(855) 235-1522

Founders Insurance Company
1111 East Touhy Ave, Ste 300
Des Plaines, IL 60018

Rockford Anesthesiologists Associated
PO Box 4569
Rockford, IL 61110-4569

Schilling & Walsh, LLP
923 Featherstone Road, Ste 350
Rockford, IL 61107
(815) 977-5000

Rockford Orthopedic Associates
PO Box 78620
Milwaukee, WI 53278-78620
(815) 484-6991

RGS
C/o Associated Bank
1305 main St.
Stevens Point, WI 54481-2830
(866) 784-8896

Navient
P.O. Box 9635
Wilkes-Barre, PA 18773-9635
(800) 722-1300

Roto Rooter Plumbers
6904 Forest Hills
Rockford, IL  61111
(815) 282-8800

American Family Insurance
Madison, WI  53777-0001

American Family Insurance
5921 Forest Hills Road
Rockford, IL  61114-5221

Portfolio Recovery Associates, LLC
C/o HSBC Card Services III Inc.
P.O. Box 12914
Norfolk, VA 23541

Westfield Insurance
C/o Collections Dept
One Park Circle
P.O. Box 5001
Westfield Center, OH 44251-5001

Rockford Fire Dept
3131 Newmark Drive
Suite 100
Miamisburg, OH 45342-5400

Rockford Public Library
215 N Wyman St.
Attn: Customer Services
Rockford, IL   61101

Golden Green Services, LLC
P.O. Box 6328
Elgin, IL 60121-6328
(954) 514-9741

Rasmussen College
6000 E. State St.
Rockford, IL 61108

Read For The Cure
P.O. Box 28954
Fresno, CA 93729-8954

Mirand Response Systems, Inc.
c/o Woodforest National Bank
P.O. Box 219050
Houston, TX 77218-9050

Advance Cash Express
3929 Broadway
Rockford, IL 61108

~~Booth 4 Kids~~
Check 'n Go
C/o Great Lakes Specialty Finance Inc.
160 N Mulford Rd
Rockford, IL 61107

Caraotta Chirropractic P.C.
4921 E. State St.
Rockford, IL 61108

Elite Defense Systems
C/o the EDS companies, Inc.
5695 Strathmoor
Rockford, IL 61107

Rockford Radiology Assoc.
P.O. Box 5368
Rockford, IL 61125-0368

AmeriCash Loans, LLC
880 Lee St., Suite 302
Des Plaines, IL 60016

Verizon Wireless
P.O. Box 4002 / P.O. Box 25505
Acworth, GA 30101 / Lehigh Valley, PA
18002-5505

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

T mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

US Cellular
Dept 0205
Palatine, IL 60055-0205

Sprint
P.O. Box 7993
Overland Parks, KS 66207-0993

Comcast Cable
P.O. Box 3002
Southeastern, PA 19398-3002

Xfinity
C/o Comcast
P.O. Box 3001
Southeastern, PA 19398-3001

Complete Payment Recovery Services, Inc
C/o Walmart 1955
3500 5th Street / P.O. Box 30184
Northport, AL 35476/Tampa, FL 33630-3184

Credit Collection Services
Two Wells Ave.
Newton, MA 02459

Omni Indemnity Company
P.O. Box 105440
Atlanta, GA 30348-5440

KAI Advantage Auto, Inc.
150 E. Pierce Rd, Suite 600
Itasca, IL 60143

OSF Healthcare System
7928 Solution Center
Chicago, IL 60677-7009

OSF Medical Group
P.O. Box 91011
Chicago, IL 60680-8807

OSF Saint Anthony Medical Center
7125 Solution Center
Chicago, IL 60677-5001

OSF Saint Anthony Medical Center
P.O. Box 5065
Rockford, IL 61125-0065

OSF medical Group - Group 3
P.O. Box 802688
Chicago, IL 60680-2688

AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080

AT&T mobility
P.O. Box 6416
Carol Stream, IL 60197-6416

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

~~General Realty~~
Meyer & Horning, P.C.
RE: Northwest Bank ··· 3
3400 N. Rockton Ave
Rockford, IL 61103

Alpine Bank
P.O. Box 6086
Rockford, IL 61125-1086

Directv
P.O. Box 5007
Carol Stream, IL 60197-5007

Directv
P.O. Box 9001069
Louisville, KY 40290-1069

AAA Community Finance
P.O. Box 190
Bethalto, IL 62010

Cash Store
% Corporate Collections Dept
1901 Gateway Dr, Ste 200
Irving, TX 75038

ABM Parking Services Violation Division
211 B Elm St.
Rockford, IL 61101

SallieMae
P.O Box 740351
Atlanta, GA 30374-0351

Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407

My Pet Funding, LLC.
PO Box 650561
Potomac Falls, VA 20165
(800) 239-9423

American Access Casualty Company
2211 Butterfield Road, Suite 200
Downers Grove, IL 60515

Direct Loans
C/o U.S. Dept of Education
P.O. Box 530260
Atlanta, GA 30353-0260

Exact Care Pharmacy
9445 Rockside Road
Valley View, OH 44125
(216) 369-2200

Illinois Pathologist Services, LLc
P.O. Box 1259 De,
Oaks, PA 19456
(888) 336-4363

Erie Insurance
100 Erie Insurance Place
Erie, PA 16530

All Credit Lenders
P.O. Box 5598
Elgin, IL 60121-5598
(847) 836-8590

HCC Hand-in-Hand CCC
8301 Mitchell Road
Machesney Park, IL 61115

Rockford Health Physicians
2300 N Rockton Ave
Rockford, IL 61103-3619

Kelly Services
P.O. Box 33485
Detroit, MI 48232

Liberty Mutual
2815 Forbs Ave, Ste 200
Hoffman Estates, IL 60192

North Shore Agency
RE: Camaro Performers
P.O. Box 9205
Old Bethpage, NY 11804-9005

Farmers Insurance Group
C/o Bristol West Insurance Services
P.O. Box 371329
Pittsburgh, PA 15250-7329

David A. Aaby
1318 East State St.
Rockford, IL 61104

Illinois Community Credit Union
508 W. State St.
Sycamore, IL 60178

Dish Network

Progressive Leasing
256 West Data Drive
Draper, UT 84020
(855) 222-0801

GNK Properties
3688 Olden Oak Dr
Rockford, IL 61109

Mutual Management
401 W. State St.
Rockford, IL 61108